**John J. HOLLIDAY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 74506.**

Missouri Court of Appeals, Western District.

Feb. 26, 2013.

Laura G. Martin, Kansas City, for Appellant.

Jessica P. Meredith, for Respondent.

Before Division One: THOMAS H. NEWTON, Presiding Judge, JOSEPH M. ELLIS, Judge and GARY D. WITT, Judge.

## ORDER

PER CURIAM:

Appellant John J. Holliday appeals from the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. A formal, published opinion would serve no jurisprudential purpose; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 84.16(b).**